UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KURT J. ZEMBA | : | NO.   3:16-cv-00872-MPS |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EQUIFAX INC. | : | |
| | : | |
| Defendant. | : | SEPTEMBER 8, 2016 |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (A)(1)(a)(i), the Plaintiff, Kurt J. Zemba, unilaterally dismisses the above-captioned matter as to the Defendant with prejudice.

Plaintiff,

By:   /s/ Jeffrey Gentes
Jeffrey Gentes [ct28561]
CONNECTICUT FAIR HOUSING CENTER
221 Main St., 4th Floor
Hartford, CT  06106
Tel: (860) 263-0741
Fax: (860) 247-4236
Email: jgentes@ctfairhousing.org

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2016 a copy of the foregoing was filed and served electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:  /s/ Jeffrey Gentes